PATRICK BYRNE, Respondent, *v.* JOHN J. MEEHAN, Appellant, Impleaded with Another.

(Argued April 1, 1931; decided April 16, 1931.)

*Arthur N. Seiff* for appellant.

*William G. Walsh* and *G. Everett Hunt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.